AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

— OFFENSE CHARGED —

Count 1: Alteration or Falsification of Records, 18 USC 1519

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1: 20 years' imprisonment, $250,000 fine or twice the gross gain or gross loss, whichever is greater, 3 years of supervised release, $100 special assessment, restitution

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

— DEFENDANT - U.S —
▶ HELENA WEIL

DISTRICT COURT NUMBER
CR 14 289

(stamp: FILED 2014 MAY 23 P 2:31, CLERK U.S. DISTRICT COURT, CRB)

— PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Postal Service, Office of Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Kyle Waldinger

— DEFENDANT —

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3                                                                     FILED
4                                                                     2014 MAY 23  P 2: 31
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION
11  UNITED STATES OF AMERICA,          ) CASE NO. CR 14 289
                                       )
12       Plaintiff,                    ) VIOLATION: 18 U.S.C. § 1519 – Alteration or
                                       ) Falsification of Records
13       v.                            )
                                       )
14  HELENA WEIL,                       ) SAN FRANCISCO VENUE
                                       )
15       Defendant.                    )
                                       )
16  _____)

17                              I N F O R M A T I O N

18       The United States Attorney charges:

19  COUNT ONE:  (18 U.S.C. § 1519 – Alteration or Falsification of Records)

20       Beginning no later than in or about March 2006 and continuing until in or about November 2009,

21  in the Northern District of California and elsewhere, the defendant,

22                                    HELENA WEIL,

23  did knowingly alter, conceal, cover up, falsify, and make false entries in bills for medical services

24  submitted to the U.S. Department of Labor's Office of Workers' Compensation Programs ("OWCP"),

25  which bills were records, documents, and tangible objects, and did so with the intent to impede, obstruct,

26  and influence the investigation and proper administration of federal workers' compensation claims,

27  which matters the defendant knew were within the jurisdiction of the OWCP, a department and agency

28  / / /

INFORMATION

1  of the United States, in violation of Title 18, United States Code, Section 1519.

3  DATED: 5/23/2014

MELINDA HAAG
United States Attorney

J. DOUGLAS WILSON
Chief, Criminal Division

(Approved as to form: _____)
AUSA WALDINGER

INFORMATION                                         2